A lawsuit has been filed against you by William Kerr in the United States District Court for the Northern District of New York.

If you wish to defend this lawsuit, you must serve an answer or a motion on the Plaintiff within the time allowed by law after you are served with this Summons. If you fail to do so, judgment by default may be taken against you for the relief demanded in the Complaint.

Service of this Summons and Complaint will be made by the U.S. Marshals/Sheriff upon order of the Court.

Date: 11-24-25

N/A

*Berken*
11/24/25

Clerk of Court: _____

Deputy Clerk: _____

---

COMPLAINT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT – N.D. OF N.Y.

**FILED**

**Nov 24 - 2025**

John M. Domurad, Clerk

5:25-cv-1648 (LEK/MJK)

William Kerr,

Plaintiff,

3

v.

Civil Action No.: _____

Funny Bone Comedy Club (Destiny USA),

Destiny USA Mall,

Kempton Taylor,

Geraldo Arroyo,

Rob El Camino,

Defendants.

---

PARTIES

1. Plaintiff William Kerr is an adult resident of Syracuse, New York, residing at:

c/o 105 Rider Ave, Apt 1

Syracuse, NY 13207.

2. Defendant Funny Bone Comedy Club (Destiny USA) operates inside Destiny USA Mall in Syracuse, New York.

3. Defendant Destiny USA Mall owns, operates, or manages the premises where Funny Bone Comedy Club conducts business.

4. Defendants Kempton Taylor, Geraldo Arroyo, and Rob El Camino were employees, security personnel, or agents of the Funny Bone Comedy Club and/or Destiny USA Mall at the time of the events described.

---

## JURISDICTION AND VENUE

5. Jurisdiction is proper because the amount in controversy exceeds $75,000 and/or because Plaintiff asserts claims arising under federal and state law.

6. Venue is proper in the Northern District of New York because the events giving rise to this lawsuit occurred at Destiny USA Mall in Syracuse, New York.

---

## FACTUAL BACKGROUND

7. On or about November 25, 2023, Plaintiff attended a show at the Funny Bone Comedy Club at Destiny USA with his mother.

8. Plaintiff was recovering from serious health issues at the time and was vulnerable physically and emotionally.

9. Plaintiff and his mother attempted to leave peacefully and were not causing a disturbance.

10. Defendants Taylor, Arroyo, and El Camino confronted and harassed Plaintiff and his mother without justification.

11. Defendants escalated the situation instead of de-escalating it.

12. Defendants made false statements about Plaintiff's behavior and treated him as a threat when he had done nothing wrong.

13. As a result of Defendants' actions, Plaintiff was wrongfully detained, humiliated, and later issued a lifetime ban from Destiny USA and/or the Funny Bone.

14. Plaintiff had aspirations to pursue stand-up comedy, and Defendants' actions damaged his reputation and opportunities.

15. Defendants knew or should have known their conduct would cause emotional distress and long-term harm.

---

CAUSES OF ACTION

---

COUNT I – NEGLIGENCE (Against All Defendants)

16. Plaintiff repeats and realleges paragraphs 1–15.

17. Defendants owed Plaintiff a duty to act with reasonable care in providing security, interacting with patrons, and reporting incidents.

18. Defendants breached that duty by harassing Plaintiff, escalating unnecessarily, and making false statements.

19. Plaintiff suffered emotional distress, humiliation, reputational harm, and loss of enjoyment of life.

---

COUNT II – NEGLIGENT HIRING, TRAINING, AND SUPERVISION (Against Funny Bone and Destiny USA)

20. Plaintiff repeats and realleges paragraphs 1–19.

21. Defendants Funny Bone and Destiny USA failed to properly hire, train, supervise, and discipline their staff.

22. Their failures allowed the misconduct of the individual Defendants.

23. Plaintiff suffered damages as a result.

---

COUNT III – ASSAULT AND BATTERY (Against Individual Defendants)

24. Plaintiff repeats and realleges paragraphs 1–23.

25. Individual Defendants threatened Plaintiff, intimidated him, and placed him in reasonable fear of harm.

26. Any physical contact or threatened contact constituted assault and/or battery.

27. Plaintiff suffered fear, emotional trauma, and distress.

---

COUNT IV – FALSE IMPRISONMENT / FALSE ARREST

28. Plaintiff repeats and realleges paragraphs 1–27.

29. Defendants intentionally caused Plaintiff to be detained and treated as a criminal threat.

30. Plaintiff was restrained and not free to leave without fear of further consequences.

31. Plaintiff suffered emotional distress, humiliation, and reputational harm.

---

COUNT V – INTENTIONAL OR NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS

32. Plaintiff repeats and realleges paragraphs 1–31.

33. Defendants' conduct was extreme, outrageous, and beyond the bounds of decency.

34. Defendants acted intentionally or with reckless disregard for the emotional impact.

35. Plaintiff suffered severe emotional distress and mental anguish.

---

DAMAGES

Plaintiff seeks:

Emotional distress damages

Loss of enjoyment of life

Loss of opportunity, including stand-up comedy opportunities

Reputational harm

Punitive damages

Lifting of the lifetime ban

Public apology and retraction

Tax liability compensation (gross-up)

Any other relief the Court deems just

---

PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests:

A. Compensatory damages in an amount to be determined at trial;

B. Punitive damages;

C. Removal of the lifetime ban;

D. Public apology and retraction;

E. Tax liability compensation (gross-up);

F. Costs and any other appropriate relief.

---

Respectfully submitted,   11-24-25

William Ken

---

William Kerr

c/o 105 Rider Ave, Apt 1

Syracuse, NY 13207

Date: 11-24-25

*William [signature] Berkur 11/24/25*
315 217-~~6610~~ 6610

---